Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Massively Parallel Instruments, Inc.  )
  )  Case No: 15-01400-WHA
            Plaintiff(s),  )
  )  **APPLICATION FOR**
   v.  )  **ADMISSION OF ATTORNEY**
  )  **PRO HAC VICE**
Waters Corporation, et al.  )  (CIVIL LOCAL RULE 11-3)
  )
            Defendant(s).  )

I, Aslan Baghdadi, an active member in good standing of the bar of Court of Appeals of Maryland, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Waters Corporation, et al. in the above-entitled action. My local co-counsel in this case is David F. Kowalski, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 6710A Rockledge Drive, Suite 400<br>Bethesda, MD 20817 | 12670 High Bluff Drive<br>San Diego, CA 92130 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (301) 365-9040 | (858) 523-5400 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| aslan.baghdadi@plumsea.com | david.kowalski@lw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: not given by Maryland

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 8/18/15

/s/ Aslan Baghdadi
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Aslan Baghdadi is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 24, 2015.

UNITED STATES DISTRICT/MAGISTRATE JUDGE