IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASSIVELY PARALLEL INSTRUMENTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WATERS CORPORATION and WATERS TECHNOLOGIES CORPORATION,<br><br>Defendants. | No. C 15-01400 WHA<br><br>**ORDER EXTENDING DEADLINE FOR EXCHANGE OF PROPOSED CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE** |

Pursuant to Patent L.R. 4-2, the deadline for the exchange of preliminary claim constructions and extrinsic evidence is **OCTOBER 26**. The parties have stipulated to extend the deadline by fourteen days to **NOVEMBER 9**, as they intend to conduct further discovery for the purpose of can narrowing the issues in this case and better developing their claim construction provisions. Good cause shown, the parties' request for an extension is **GRANTED**. The parties will not be permitted to rely on this extension as the basis for further extensions.

**IT IS SO ORDERED.**

Dated: October 22, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE