1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MASSIVELY PARALLEL INSTRUMENTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WATERS CORPORATION and WATERS TECHNOLOGIES CORPORATION,<br><br>Defendants. | CASE NO. 3:15-cv-01400-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS WATERS CORPORATION AND WATERS TECHNOLOGIES CORPORATION'S UNOPPOSED MOTION TO CHANGE TIME IN LIGHT OF RECENT SETTLEMENT** |

1   Before the Court is Defendants Waters Corporation's and Waters Technologies
2   Corporation's (collectively "Waters") Motion to Change Time in Light of Recent Settlement.
3   Having considered Waters' Motion, which is unopposed, and all related matters, the Court
4   hereby GRANTS Waters' Motion. The deadline for Waters to file its Responsive Claim
5   Construction Brief shall be extended by fourteen days to February 2, 2016 and the deadline for
6   MPIi to file its Reply Claim Construction Brief shall be extended by fourteen days to
7   February 9, 2016.

8   **IT IS SO ORDERED.**

10  Dated: __January 15, 2016.__                    _____
11                                                  HON. WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE