UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASSIVELY PARALLEL INSTRUMENTS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>WATERS CORPORATION, et al.,<br><br>    Defendants. | Case No.  15-cv-01400-WHA (EDL)<br><br>**ORDER RE SETTLEMENT TRANSCRIPT** |

On January 8, 2016, this Court held a settlement conference in the above matter and an agreement was placed on the record following that day's conference. It is hereby ordered that a transcript of that proceeding be filed and maintained under seal. However, the court reporters are directed to provide counsel for any party in this matter with a transcript of that day's proceedings upon their request and without further order.

**IT IS SO ORDERED.**

Dated: January 27, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge